IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SCARLETT LOPEZ, | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | 1:26-cv-32 |
| | **)** | |
| DAKOTA RAMSEUR, | **)** | |
| | **)** | |
| Defendant. | **)** | |

## <u>ORDER</u>

This matter is before the Court on the United States Magistrate Judge's Order and

Recommendation ("Recommendation") to dismiss the case under 28 U.S.C.

§ 1915(e)(2)(B)(ii) for failure to state a claim. The United States Magistrate Judge filed the

Recommendation on March 11, 2026. *See* Dkt. 3. The Clerk's office served notice on the

parties, *see* Dkt. 5, but the notice sent to the plaintiff was returned as undeliverable, Dkt.

6. The plaintiff has not provided an updated address to the Clerk, as is her obligation if

she wishes to pursue her case. L.R. 11(b). Moreover, no objections were filed within the

requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the

Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 3, is **ADOPTED. IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of May, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2